## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. |
| COLORADO HOMES LLC, a Colorado limited liability company; RANKO MOCEVIC, an individual; and ERIC KEITER, an individual. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

Complete Business Solutions Group, Inc. d/b/a Par Funding ("Plaintiff") by and through its attorneys, Christopher T. Groen and Christopher J. Dawes of Fox Rothschild LLP, files its Complaint against Defendants Colorado Homes, LLC ("Colorado Homes"), Ranko Mocevic, ("Mocevic") and Eric Keiter ("Keiter") (collectively, "Defendants"), and states as follows:

## PARTIES

1.    Plaintiff is a Delaware corporation and is a provider of small business funding and working capital for both small and large businesses.

2.    Upon information and belief, Defendant Colorado Homes is a Colorado limited liability company with its principal place of business at 6460 S. Quebec Street, Centennial, CO 80111.

3.    Upon information and belief, Defendant Mocevic is an individual with a last known address of 16950 E. Hinsdale Way, Foxfield, CO 80016.

1

4.      Upon information and belief, Defendant Keiter is individual with a last known address of 9599 Blandford Road, Orlando, Florida 32827.

## JURISDICTION AND VENUE

5.      This case arises under this Court's diversity of citizenship jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1), 1332(c), and 1332(e), as (1) Plaintiff is a citizen of Delaware, Colorado Homes and Mocevic are citizens of Colorado, and Keiter is a citizen of Florida, and thus complete diversity exists between Plaintiff and Defendants; and (2) the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

6.      Venue is appropriate in this Court pursuant to the provisions of 28 U.S.C. § 1391(b)(1) and (2) and § 1391(c)(1) and (2), since Colorado Homes and Mocevic are residents of the State of Colorado, and because a substantial part of the events or omissions giving rise to the claim occurred in this District (*i.e.*, the funds under the subject contracts were provided to the Defendants in Colorado, the funds provided are secured by real property in Colorado, and the contracts at issue were executed in Colorado and are governed by the law of Colorado).

## FACTUAL BACKGROUND

7.      On or about June 26, 2019, Colorado Homes signed and delivered a Promissory Note to Plaintiff ("Note") in the principal amount of $3,000,000.00. A true and genuine copy of the Note is attached as **Exhibit A**.

8.      The Note required Colorado Homes to make certain installment payments to Plaintiff in repayment of the principal amount owed under the Note.

9.      As reflected therein, sufficient consideration exists with respect to the Note because Plaintiff loaned money to Colorado Homes, and in return, Colorado Homes promised to repay Plaintiff the money loaned to it.

2

10.     The Note requires, inter alia, Colorado Homes to pay Plaintiff's attorneys' fees and costs incurred in the enforcement of, *inter alia*, the Note.

11.     On or about June 27, 2019, Plaintiff and Mocevic entered into a Guaranty and Suretyship Agreement ("Mocevic Guaranty") pursuant to which Mocevic agreed to personally guarantee all obligations of Colorado Homes under the Note. A true and genuine copy of the Mocevic Guaranty is attached as **Exhibit B**.

12.     Also on or about June 27, 2019, Plaintiff and Keiter entered into a Guaranty and Suretyship Agreement ("Keiter Guaranty") pursuant to which Keiter agreed to personally guarantee all obligations of Colorado Homes under the Note. A true and genuine copy of the Keiter Guaranty is attached as **Exhibit C**.

13.     Pursuant to the terms of the Mocevic Guaranty and the Keiter Guaranty (together, the "Guaranties"), both Mocevic and Keiter "personally, jointly, severally and unconditionally" guaranteed full and prompt payment of all payments payable under the Note. *See* Exhibits B and C ¶ 2.

14.     The Guaranties also specifically provide that Plaintiff may pursue simultaneous collection efforts on the Note and Guaranties with or without pursuing Colorado Homes separately. *See* Exhibits B and C ¶ 9.

15.     Through the Guaranties, Mocevic and Keiter agreed to Colorado as the forum for any suit, action or other legal proceeding arising out of the Guaranties. *See* Exhibits B and C ¶ 10.

16.     The Guaranties also require Mocevic and Keiter to pay Plaintiff's attorneys' fees and costs incurred in the enforcement of, *inter alia*, the Guaranties or Note.

17.     Defendants are in default under the Note and Guaranties as a result of their failure to pay the sums as agreed under the terms of the Note.

18.     Given the default, Plaintiff made demand on the Defendants for forthwith payment of the indebtedness owed to Plaintiff under the terms of the Note.

19.     Notwithstanding such demand, the Note and Guaranties remain in default as Defendants have failed to cure their defaults.

20.     As of April 8, 2020, Defendants are indebted to Plaintiff in the principal amount of $3,000,000.00, plus interest, late charges, attorneys' fees, and costs.

21.     All conditions precedent to the institution of this action have been satisfied, excused, or waived.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract – Colorado Homes)

22.     Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

23.     The Note is a negotiable instrument.

24.     Plaintiff is the holder of the Note.

25.     Plaintiff has the rights given to a holder of a negotiable instrument.

26.     Colorado Homes defaulted under the terms under the terms of the Note by, among other things, failing to pay as agreed.

27.     Plaintiff provided Colorado Homes with notice of its default under the Note.

28.     Colorado Homes has failed to cure the existing default under the Note.

29.     Colorado Homes is liable to Plaintiff pursuant to the terms of the Note.

30.     Under the terms of the Note, Colorado Homes is also liable to Plaintiff for its attorneys' fees and costs incurred in connection with this action.

## SECOND CLAIM FOR RELIEF
### (Monies Lent – Colorado Homes)

31.     Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

32.     As of April 8, 2020, Colorado Homes is indebted to Plaintiff in the principal amount of $3,000,000.00 (exclusive of interest, default interest, late fees and charges, and attorneys' fees and costs) for monies lent by Plaintiff to Colorado Homes in connection with the Note.

## THIRD CLAIM FOR RELIEF
### (Unjust Enrichment-Colorado Homes)

33.     Plaintiff incorporates the foregoing paragraphs above as if fully set forth herein.

34.     A benefit has been conferred upon Colorado Homes by virtue of the credit extended under the terms of the Note.

35.     Colorado Homes knowingly accepted and utilized the credit and monies provided by and through the Note.

36.     Colorado Homes should not be allowed to retain the foregoing benefits.

37.     Colorado Homes appreciated the foregoing benefits under such circumstances that it would be inequitable for Colorado Homes to retain such benefits without repaying Plaintiff.

## FOURTH CLAIM FOR RELIEF
### (Breach of Guaranty - Mocevic)

38.     Plaintiff incorporates the foregoing paragraphs above as if fully set forth herein.

39.     Mocevic executed and delivered the Mocevic Guaranty to Plaintiff.

40.     Under the terms of the Mocevic Guaranty, Mocevic is personally liable and responsible for the obligations of Colorado Homes under the Note.

41.     Mocevic has breached the terms of the Mocevic Guaranty by, *inter alia*, failing to make payment to Plaintiff as required by the Mocevic Guaranty and by failing to ensure the fulfillment of Colorado Homes' obligations under the Note.

42.     Mocevic's breaches under the Mocevic Guaranty have resulted in damage to Plaintiff in an amount to be established at trial.

Active\109318433.v2-4/9/20

43.     Under the terms of the Mocevic Guaranty, Mocevic is liable for the attorneys' fees and costs incurred by Plaintiff in enforcing the terms of the Note and the Mocevic Guaranty.

## FIFTH CLAIM FOR RELIEF
### (Breach of Guaranty - Keiter)

44.     Plaintiff incorporates the foregoing paragraphs above as if fully set forth herein.

45.     Keiter executed and delivered the Keiter Guaranty to Plaintiff.

46.     Under the terms of the Keiter Guaranty, Keiter is personally liable and responsible for the obligations of Colorado Homes under the Note.

47.     Keiter has breached the terms of the Keiter Guaranty by, *inter alia*, failing to make payment to Plaintiff as required by the Keiter Guaranty and by failing to ensure the fulfillment of Colorado Homes' obligations under the Note.

48.     Keiter's breaches under the Keiter Guaranty have resulted in damage to Plaintiff in an amount to be established at trial.

49.     Under the terms of the Keiter Guaranty, Keiter is liable for the attorneys' fees and costs incurred by Plaintiff in enforcing the terms of the Note and the Keiter Guaranty.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, Complete Business Solutions Group, Inc. d/b/a Par Funding, prays for entry of judgment against Defendants Colorado Homes, LLC, Ranko Mocevic, and Eric Keiter, jointly and severally, for:

a.     Compensatory damages resulting from Defendants breach of the Note and Guaranties;

b.     Interest under the Note dated June 26, 2019;

c.     Pre- and post-judgment interest;

d.     Costs and attorneys' fees; and

Active\109318433.v2-4/9/20

e.      For such other and further relief as this Court deems just and proper.

Dated: April 10, 2020.                          Respectfully submitted:

                                                FOX ROTHSCHILD LLP

                                                */s/ Christopher T. Groen*
                                                Christopher T. Groen, CO Atty. No. 39976
                                                Christopher J. Dawes, CO Atty. No. 33818
                                                1225 17th Street, Suite 2200
                                                Denver, Colorado 80202
                                                cgroen@foxrothschild.com
                                                cdawes@foxrothschild.com
                                                Phone: (303) 292-1200

                                                *Counsel for Plaintiff Complete Business
                                                Solutions Group, Inc. d/b/a Par Funding.*

Active\109318433.v2-4/9/20