**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 20-cv-01023-LTB-MEH

COMPLETE BUSINESS SOLUTIONS GROUP, INC.,

      Plaintiff,

v.

COLORADO FARMS LLC, a Colorado limited liability company;
RANKO MOCEVIC, an individual; and
ERIC KEITER, an individual,

      Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Order to Show Cause (Doc 24) wherein Plaintiff was to show good and sufficient cause by February 22, 2021, if any it has why this action and complaint should not be dismissed for failure to prosecute. To date there has been no response to that Order to Show Cause. It is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: March 30, 2021